SAYLES *v.* MICHIGAN DEPARTMENT OF AGRICULTURE.

This case is controlled by *O'Meara* v. *Michigan Department of Agriculture, ante,* 666.

Certiorari to Department of Labor and Industry. Submitted October 4, 1923.   (Docket No. 24.)   Decided October 26, 1923.

Harvey E. Sayles presented his claim for compensation against the Michigan department of agriculture and the State accident fund for obligations incurred for medical services as the result of an accidental injury while in the employ of defendant department of agriculture.   From an award of compensation against both defendants jointly, the State accident fund brings certiorari.   Reversed, and order vacated as to the State accident fund.

*Roy Andrus,* for appellant.

CLARK, J.   This case is a companion of *O'Meara* v. *Michigan Department of Agriculture, ante,* 666, and is ruled thereby.   As to State accident fund, the award is vacated.

WIEST, C. J., and FELLOWS, McDONALD, BIRD, SHARPE, MOORE, and STEERE, JJ., concurred.